**Ventura GARCIA OLVERA, Plaintiff—Appellant,**

v.

**UNITED STATES MARSHALS SERVICE; McDowell County Detention Facility, Defendants—Appellees.**

**No. 06–7473.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 21, 2006.

Ventura Garcia Olvera, Appellant Pro Se.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ventura Garcia Olvera appeals the district court's order denying relief on his

complaint filed pursuant to 42 U.S.C. § 1983 (2000) and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Olvera v. United States Marshals Service,* No. 1:06–cv–00207 (W.D.N.C., July 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*